UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ANTONIO RODRIGUEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>DEPARTMENT CHILDREN FAMILY SERVICE IN WASHINGTON D.C.,<br><br>    Defendant. | Case No. 20-cv-01438-HSG<br><br>**JUDGMENT** |

For the reasons set forth in the Order of Dismissal, this action is DISMISSED with prejudice. The Clerk shall enter judgment in favor of defendant and against plaintiff.

**IT IS SO ORDERED AND ADJDUGED.**

Dated: 4/29/2020

HAYWOOD S. GILLIAM, JR.
United States District Judge